UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ROBERT A. JACKSON | CHAPTER 13 |
| | BANKRUPTCY CASE |
| Debtor | NO.: 19-11000 |
| | |
| U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-2 | |
| Movant | |
| v. | |
| Robert A. Jackson | |
| Respondent | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

U.S. Bank, National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-2 has filed a Motion for Relief from the Automatic Stay with the court seeking to permit Movant to take the necessary action to exercise its rights and remedies with respect to property located at 38 E. Spruce Street, Norristown PA 19401.

**Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult with an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **November 22, 2019** you or your attorney must do all of the following:

   (a)  file an answer explaining your position at: Clerk's Office, U.S. Bankruptcy Court for the Eastern District of Pennsylvania, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia PA 19107

   If you mail your answer to the bankruptcy court's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)  mail a copy to the movant's attorney

   Peter E. Meltzer, Esquire
   **Weber Gallagher**
   2000 Market Street, 13th Floor

1

      Philadelphia, PA 19103
      Phone No.: 267-295-3363
      Fax No.: 215-564-7699

  If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2. A hearing on the motion is scheduled to be held before the Honorable Judge Eric L. Frank at **9:30 a.m. on December 3, 2019 in Courtroom No. 1**, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia PA 19107

3. If a copy of the motion is not enclosed, a copy of the motion will be provided to you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated:  November 7, 2019