UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 19-11000 |
|---|---|---|
| Robert A. Jackson | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE TO THE MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

Comes Now, Robert A. Jackson, hereinafter referred to as "Debtor" by and through the undersigned counsel and in response to the Motion for Relief from the Automatic Stay and in support thereof avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Numbered#2 Admitted.

5. Numbered #3 Admitted.

6. Numbered #4 Admitted.

7. Numbered #5 Admitted.

8. Numbered #6 Admitted.

9. Numbered #7 Admitted.

10. Numbered #8 Admitted.

11. Numbered #9 Admitted.

12. Numbered #10 Denied. The settlement is scheduled to occur on or before November 31, 2019.

13. Numbered #11 Denied. By way of further answer if the Debtor is unable to sell the property in a timely fashion he will amend his Plan accordingly.

14. Numbered #12 Admitted.

15. Numbered #13 Denied.

16. Numbered #14 Denied.

Dated:  November 13, 2019

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008