# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 19-11000 |
|---|---|---|
| Robert A. Jackson | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

## ORDER

AND NOW, this _____ day of _____, 2019, it is hereby Ordered and Decreed that the Movant's Motion for Relief From Automatic Stay Under Bankruptcy Code Section 362 is denied.

FURTHER ORDERED:


_____
J.