UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 19-11000 |
|---|---|---|
| Robert A. Jackson | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtors' Response to the Motion for Relief from Automatic Stay by regular US Mail on the following parties by electronic means and/or regular US mail:

Peter Meltzer, Esq.
Weber Gallagher
2000 Market Street, 13th Floor
Philadelphia, PA 19103

Dated: November 13, 2019                    /s/Brad J. Sadek, Esquire

                                            Attorney for Debtor